WALDORF-ASTORIA HOTEL COMPANY, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

WALDORF-ASTORIA SEGAR COMPANY, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Waldorf-Astoria Hotel Co.* v. *City of New York*, 177 App. Div. 907, affirmed.

*Waldorf-Astoria Segar Co.* v. *City of New York*, 177 App. Div. 907, affirmed.

(Argued February 4, 1919; decided February 25, 1919.)

APPEAL, in each of the above entitled actions, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 8, 1917, affirming a judgment in favor of plaintiff entered upon a verdict. Both suits were brought to recover damages caused by the bursting of a water main on Thirty-third street about one hundred feet west of Fifth avenue early in the morning of April 13, 1914, undermining the curb wall and destroying a marble and cement floor in the Waldorf-Astoria Hotel and damaging a stock of segars stored by the segar company in the sub-basement of the hotel building. Negligence of the city was predicated upon alleged inaction, inattention and neglect of the authorities after repeated warning.

*William P. Burr, Corporation Counsel (Terence Farley* and *Willard S. Allen* of counsel), for appellant.

*George C. Lay* for respondent.

Judgment in each case affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.